1  Nicky Jatana, SBN: 197682
   JatanaN@jacksonlewis.com
2  Caroline B. Wolf, SBN: 268014
3  Caroline.Wolf@jacksonlewis.com
   JACKSON LEWIS P.C.
4  725 South Figueroa Street, Suite 2500
5  Los Angeles, CA 90017
   (213) 689-0404 – Telephone
6  (213) 689-0430 – Facsimile

7  [Additional counsel listed on the next page]
8

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MOISES NEGRETE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONAGRA FOODS, INC., et al.<br><br>Defendants.<br>_____<br>VALENTIN VILLAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONAGRA FOODS, INC., et al.<br><br>Defendants. | Case No. CV 16-0631 FMO (AJWx)<br>Case No. CV 16-2801 FMO (AJWx)<br><br>**ORDER GRANTING THE STIPULATED PROTECTIVE ORDER**<br><br>**[DISCOVERY MATTER]**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: 690<br>Magistrate Judge: Andrew J. Wistrich<br>Complaint Filed: June 22, 2016<br>Discovery Cutoff: November 29, 2016<br><br>(Concurrently filed with the Parties Stipulated Protective Order) |

1
PROPOSED ORDER GRANTING THE STIPULATED PROTECTIVE ORDER

Josef S. Glynias [*Pro Hac Vice*]
Joe.Glynias@huschblackwell.com
Andrew J. Weissler [*Pro Hac Vice*]
AJ.Weissler@huschblackwell.com
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500 – Telephone
(314) 480-1505 – Facsimile

Emma L. Savory [*Pro Hac Vice*]
Emma.Savory@huschblackwell.com
HUSCH BLACKWELL LLP
1700 Lincoln Street, Suite 4700
Denver, CO 80203
(303) 749-7200 – Telephone
(303) 749-7272 – Facsimile
Attorneys for Defendants

Having considered the Parties' Stipulated Protective Order and good cause shown, IT IS HEREBY ORDERED THAT the Stipulated Protective Order is GRANTED.

Dated: October 21, 2016

_____
Judge Andrew J. Wistrich
United States Magistrate Judge