UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-0631 FMO (AJWx) | Date | September 3, 2021 |
|---|---|---|---|
| Title | Moises Negrete, et al. v. Conagra Foods, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Gabriela Garcia | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):   Attorney Present for Defendant(s):

None Present   None Present

**Proceedings:** (In Chambers) Order Re: Stipulation and Further Proceedings

Having reviewed the Stipulation to Continue Hearing on Motion for Final Approval and All Related Deadlines (Dkt. 264, "Stipulation"), IT IS ORDERED THAT:

1. The Stipulation **(Document No. 264)** is **granted** as set forth in this Order.[1]

2. Simpluris shall complete dissemination of class notice no later than **September 29, 2021**.

3. Plaintiffs shall file a motion for an award of class representative incentive payments and attorney's fees and costs no later than **October 29, 2021,** and notice it for hearing for the date of the final approval hearing set forth below.

4. Any class member who wishes to: (a) object to the settlement, including the requested attorney's fees, costs and incentive awards; (b) exclude him or herself from the settlement; and/or (c) opt in to the FLSA collective action must file his or her objection to the settlement, request for exclusion, or FLSA Opt-In Form no later than **November 29, 2021**.

5. Plaintiffs shall, no later than **December 16, 2021,** file and serve a motion for final approval of the settlement and a response to any objections to the settlement. The motion shall be noticed for hearing for the date of the final approval hearing set forth below.

6. Defendants may file and serve a memorandum in support of final approval of the Settlement Agreement and/or in response to objections no later than **December 23, 2021**.

---

[1] The court notes that the deadline to disseminate the class notice was July 29, 2021, (Dkt. 263, Court's Order of June 21, 2021, at 18), yet the parties did not seek extension of that deadline (and related deadlines) until August 27, 2021 – almost a month later. The parties are admonished that failure to comply with court deadlines may result in the imposition of sanctions.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-0631 FMO (AJWx) | Date | September 3, 2021 |
|---|---|---|---|
| Title | Moises Negrete, et al. v. Conagra Foods, Inc., et al. | | |

    7.  Any class member who wishes to appear at the final approval (fairness) hearing, either on his or her own behalf or through an attorney, to object to the settlement, including the requested attorney's fees, costs or incentive awards, shall, no later than **January 4, 2022**, file with the court a Notice of Intent to Appear at Fairness Hearing.

    8.  A final approval (fairness) hearing is hereby set for **January 13, 2022,** at **10:00 a.m.** in Courtroom 6D of the First Street Courthouse, to consider the fairness, reasonableness, and adequacy of the Settlement as well as the award of attorney's fees and costs to class counsel, and incentive awards to the class representatives.[2]

                                                                                                                                                                                           00 : 00

                                                      Initials of Preparer      gga

---

[2]  The parties shall comply with all requirements set forth in the Court's Order of June 21, 2021 (Dkt. 263).