JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES NEGRETE, et al., | Case No. CV 16-0631 FMO (AJWx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| CONAGRA FOODS, INC., et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Final Approval of Class Action Settlement ("Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Plaintiffs Verduzco and Villar shall each be paid a service payment of $5,000.00, and plaintiffs Negrete, Anderson, Avila, Maldonado, Villela, Perez, Njoroge, Patriz, Ibarra, Cruse, and Soto shall each be paid a service payment of $10,000 in accordance with the terms of the Settlement Agreement and the Order.

2. Class counsel shall be paid $5,400,000.00 in attorney's fees, and $571,244.20 in costs in accordance with the terms of the Settlement Agreement and the Order.

3. The Claims Administrator, Simpluris, shall be paid for its fees and expenses in accordance with the terms of the Settlement Agreement.

4. The LWDA shall be paid $270,000.00 pursuant to the Settlement Agreement.

5. All class members who did not validly and timely request exclusion from the settlement have released their claims, as set forth in the Settlement Agreement, against any of the released parties (as defined in the Settlement Agreement).

6. Except as to any class members who have validly and timely requested exclusion, this action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of the court.

Dated this 7th day of February, 2022.

                                                 /s/
                                 Fernando M. Olguin
                             United States District Judge